**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 14, 2008

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**RE: CV 08-01742 PJH (PR)  MICHAEL G. BRAXTON-v-KATHY PROSPER**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐ Certified copy of docket entries.

☐ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01742-PJH
### Internal Use Only

| | |
|---|---|
| Braxton v. Prosper<br>Assigned to: Hon. Phyllis J. Hamilton<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 04/01/2008<br>Date Terminated: 04/11/2008<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus (General)<br>Jurisdiction: Federal Question |

**Petitioner**

**Michael Glenn Braxton**    represented by    **Michael Glenn Braxton**
T-26973
California Correctional Center
L-2-102-L
P.O. Box 2210
Susanville, CA 96127
PRO SE

V.

**Respondent**

**Kathy Prosper**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | PETITION for Writ of Habeas Corpus. Filed byMichael Glenn Braxton. (far, COURT STAFF) (Filed on 4/1/2008) (far, COURT STAFF). (Entered: 04/03/2008) |
| 04/01/2008 |  | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/03/2008) |
| 04/01/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 4/1/2008) (far, COURT STAFF). (Entered: 04/03/2008) |
| 04/11/2008 | 3 | ORDER TRANSFERRING CASE. Signed by Judge Phyllis J. Hamilton on 4/11/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/14/2008 | 4 | CLERK'S LETTER to USDC Eastern District of California re transfer of case. (far, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/14/2008) |